BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:13-CR-00218 |
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING ) HEARING; ORDER |
| v. | ) ) DATE:     August 10, 2015 |
| PORFIRO FARIAS, | ) TIME:     10:00 a.m. |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, Harry Drandell, counsel for Porfiro Farias, agree that the Sentencing Hearing currently set for Monday, August 10, 2015 at 10:00 a.m. **may be continued to Monday, August 17, 2015, at 10:00 a.m. before United States District Judge Anthony W. Ishii.** The reason for the continuance is that Kathleen Servatius will needs to respond to the defendant's Sentencing Memorandum.

The parties further agree that time may excluded pursuant to Title 18, United States Code, Sections 3161(h)(1)D) and 3161(7)(B)(iv).

- 1 -

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: August 6, 2015               /s/Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney


Dated: August 6, 2015               /s/Harry Drandell
                                    HARRY DRANDELL
                                    Attorney for Enrique Rodriguez
```

**ORDER**

**IT IS SO ORDERED** that the Sentencing Hearing currently set for Monday, August 10, 2015 at 10:00 a.m. **is CONTINUED to Monday, August 17, 2015, at 10:00 a.m.** Time shall be excluded for the reason set forth both based on the Court's finding that the failure to grant the motion would unreasonably deny the government continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  August 6, 2015                    _____
                                          SENIOR DISTRICT JUDGE

- 2 -